UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SCATES, ADRIENNE H. § Case No. 08-35405
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Adrienne Scates |  |  |  |
| SCATES, ADRIENNE H. |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| United States Treasury | | | | | |
| Law Office Of J. Bryan Wood | | | | | |
| Gloria Longest | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anthony Edmonds 602 South Water Street Joliet, IL 60436 | | | | | |
| | HSBC Union Plus Credit Card P.O. Box 17051 Baltimore, MD 21297-1051 | | | | | |
| | Marathon Petroleum 539 So. Main Street Findlay, OH 45840 | | | | | |
| | Representing: HSBC Union Plus Credit Card | | | | | |
| | Clerk Of Bankruptcy Court | | | | | |
| 1 | PARAMOUNT CAPITAL SERVICING LLC | | | | | |
| 1I | PARAMOUNT CAPITAL SERVICING LLC | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-35405 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | SCATES, ADRIENNE H. | | | Date Filed (f) or Converted (c): | 12/30/08 (f) |
| | | | | 341(a) Meeting Date: | 01/29/09 |
| For Period Ending: | 03/14/12 | | | Claims Bar Date: | 06/11/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash-scheduled` | 25.00 | 0.00 | DA | 0.00 | FA |
| 2. First Midwest-savings-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. First Midwest-checking-scheduled | 30.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods-scheduled | 475.00 | 0.00 | DA | 0.00 | FA |
| 5. Cd-Dvd-scheduled | 90.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing apparel-scheduled | 175.00 | 0.00 | DA | 0.00 | FA |
| 7. Mink coat-scheduled | 650.00 | 0.00 | DA | 0.00 | FA |
| 8. Jewelry-scheduled | 400.00 | 0.00 | DA | 0.00 | FA |
| 9. Life insurance-scheduled | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Tax refund-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 11. 1/2 interest Dodge-scheduled | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2 causes of action civil rights-unscheduled (u) | 0.00 | 36,000.00 | | 36,000.00 | FA |
| Asset was scheduled after first meeting of creditors | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.72 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $26,145.00   $36,000.00   $36,003.72   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee employed special counsel to prosecute a civil right discmimination case. The case was recently settled and the Trustee filed tax returns. The Trustee filed his Final Report and made the distribution to creditors.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.05d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-35405 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | SCATES, ADRIENNE H. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5065 Money Market Account |
| Taxpayer ID No: | *******7812 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/04/10 | 12 | Illinos National Insuranceq | Payment of settlement per court order DEPOSIT CHECK #14407362 | 1249-000 | 36,000.00 | | 36,000.00 |
| 08/12/10 | 001001 | Law Office Of J. Bryan Wood | Payment of attorney fee per court order | 3210-600 | | 10,800.00 | 25,200.00 |
| 08/12/10 | 001002 | Adrienne Scates | Payment of exemption per court order | 8100-002 | | 2,130.00 | 23,070.00 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.49 | | 23,071.49 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,071.67 |
| 10/27/10 | 001003 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 22,571.67 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 22,571.86 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,572.04 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 22,572.23 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 22,572.42 |
| * 02/14/11 | 001004 | United States Treasury | Payment of tax due | 2810-004 | | 1,974.74 | 20,597.68 |
| * 02/14/11 | 001004 | United States Treasury | STOP PAYMENT Payment of tax due | 2810-004 | | -1,974.74 | 22,572.42 |
| 02/14/11 | 001005 | United States Treasury | Payment of tax due | 2810-000 | | 1,994.38 | 20,578.04 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,578.20 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,578.37 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,578.53 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,578.70 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,578.86 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,579.03 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,579.20 |
| 09/27/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.14 | | 20,579.34 |
| 09/27/11 | | To Acct #*******5066 | Transfer for purpose of final distribution | 9999-000 | | 20,579.34 | 0.00 |
| | | | Page Subtotals | | 36,003.72 | 36,003.72 | |

Ver: 16.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-35405 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | SCATES, ADRIENNE H. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5065  Money Market Account |
| Taxpayer ID No: | *******7812 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 36,003.72 | 36,003.72 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 20,579.34 | |
| Subtotal | 36,003.72 | 15,424.38 | |
| Less: Payments to Debtors | | 2,130.00 | |
| Net | 36,003.72 | 13,294.38 | |

Page Subtotals     0.00     0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 08-35405 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | SCATES, ADRIENNE H. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5066  Checking Account |
| Taxpayer ID No: | *******7812 | | | |
| For Period Ending: | 03/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/27/11 | | From Acct #*******5065 | Transfer for purpose of final distribution | 9999-000 | 20,579.34 | | 20,579.34 |
| 10/05/11 | 000101 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Dividend paid 100.00% on<br>$2,886.93, Trustee Compensation;  Reference: | 2100-000 | | 2,886.93 | 17,692.41 |
| 10/05/11 | 000102 | Paramount Capital Servicing LLC<br>P.O. Box 698<br>Conshohocken, PA  19428 | Dividend paid 100.00% on<br>$5,135.85; Claim# 1; Filed: $5,135.85; Reference: | 7100-000 | | 5,135.85 | 12,556.56 |
| * 10/05/11 | 000103 | Paramount Capital Servicing LLC<br>P.O. Box 698<br>Conshohocken, PA  19428 | Dividend paid 100.00% on $52.12;<br>Claim# 1I; Filed: $52.12; Reference:<br>Check never cashed | 7990-004 | | 52.12 | 12,504.44 |
| 10/05/11 | 000104 | SCATES, ADRIENNE H.<br>602 SOUTH WATER STREET<br>JOLIET, IL  60436 | Dividend paid 100.00% on<br>$12,504.44; Claim# SURPLUS; Filed: $12,504.44;<br>Reference: | 8200-000 | | 12,504.44 | 0.00 |
| * 01/05/12 | 000103 | Paramount Capital Servicing LLC<br>P.O. Box 698<br>Conshohocken, PA  19428 | STOP PAYMENT<br>Dividend paid 100.00% on $52.12;<br>Check never cashed | 7990-004 | | -52.12 | 52.12 |
| 01/05/12 | 000105 | Clerk Of Bankruptcy Court | Payment of unclaimed funds for<br>Paramount Capital Financing | 7100-000 | | 52.12 | 0.00 |
| | | | Page Subtotals | | 20,579.34 | 20,579.34 | |

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 08-35405 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | SCATES, ADRIENNE H. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5066  Checking Account |
| Taxpayer ID No: | *******7812 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,579.34 | 20,579.34 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 20,579.34 | 0.00 | |
| | | | Subtotal | | 0.00 | 20,579.34 | |
| | | | Less: Payments to Debtors | | | 12,504.44 | |
| | | | Net | | 0.00 | 8,074.90 | |

Page Subtotals        0.00        0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-35405 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | SCATES, ADRIENNE H. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5247 Checking Account |
| Taxpayer ID No: | *******7812 | | | |
| For Period Ending: | 03/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5065 | 36,003.72 | 13,294.38 | 0.00 |
| Checking Account - ********5066 | 0.00 | 8,074.90 | 0.00 |
| Checking Account - ********5247 | 0.00 | 0.00 | 0.00 |
| | 36,003.72 | 21,369.28 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*